JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Standard Fabrics International Inc

   Plaintiff,

v.

A'Gaci LLC et al

   Defendants.

Case No.  CV 15-05627-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45   days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 29, 2016          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.